OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**

| | | |
|---|---|---|
| Mark C. McCartt | **Northern District of Oklahoma** | Telephone (918) 699-4700 |
| Clerk of Court | 411 UNITED STATES COURTHOUSE | Fax (918) 699-4756 |
| | 333 West Fourth Street | |
| | Tulsa, Oklahoma 74103-3819 | |

Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580


IN RE: Case No.: 20-CV-97-GKF-FHM

    Helayne Seidman   v.   Pennwell Corporation


Dear Counselor:

 Since you are an attorney of record in the above-styled case, your attention is brought to our Local Rule 83.3 (a) in regard to resident counsel requirements. A copy of this district's Local Court Rules can be obtained from our public web site at www.oknd.uscourts.gov.

 If you have any questions, please feel free to contact this office.


            Very truly yours,

            Mark C. McCartt, Clerk of Court



            By: s/J.Slaten_____ , Deputy Clerk